

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2022

No. 04-22-00194-CV

Jerry A. **GUZZETTA** ("Guzzetta"),
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

This is an appeal from the trial court's order granting payment to attorney Patrick Stolmeier. The trial court signed the order on January 7, 2022. Appellant filed a notice of appeal on April 5, 2022. *See* TEX. R. APP. P. 26.1(a)(1). In reviewing the documents submitted by Appellant, we have not seen evidence of a timely filed motion for new trial. *Contra* Tex. R. Civ. P. 329b(a).

Appellant has now filed a motion to abate his appeal. But we see no documentation that shows this court has jurisdiction over the matter. *See* TEX. R. APP. P. 26.1(a)(1); *Jing v. Nan Luo*, 358 S.W.3d 868 (Tex. App.—Dallas 2012, no pet.); *Ontiveros v. Oncor Elec. Delivery*, No. 05-14-01619-CV, 2015 WL 3751387, at *1 (Tex. App.—Dallas June 16, 2015, no pet.) (mem. op.).

We **order** Appellant to **show cause** in writing within **ten days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 26.1(a), 42.3(a). **If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See* Tex. R. App. P. 42.3(a), (c).

All other appellate deadlines are **suspended** pending further order of this court.

_____

Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court